# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CR 27-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| EZEQUIEL LEAL GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the Court pursuant to a Motion for Temporary Release (#30) filed by counsel for defendant. At the call of this matter on for hearing it appeared that defendant was present with his counsel, Noell P. Tin and the government was represented by Assistant United States Attorney Tom Kent. The government advised it had no objections to the release of defendant to a suitable custodian so the defendant could obtain substance abuse treatment. Based upon the foregoing, the undersigned determined to enter an order allowing defendant's motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Temporary Release (#30) is hereby **ALLOWED** and the defendant will be released on terms and conditions of pretrial release as set forth on the record herein.

Signed: October 10, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge